**United States District Court**
**Northern District of New York**

| | | |
|---|---|---|
| Niccole Mattice, | ) | Case 5:21-cv-01136-GTS-TWD |
| *Plaintiff*, | ) | |
| | ) | Glenn T. Suddaby |
| vs. | ) | United States District Judge |
| | ) | |
| Kilolo Kijakazi, | ) | Thérèse Wiley Dancks |
| Acting Commissioner of | ) | United States Magistrate Judge |
| Social Security | ) | |
| *Defendant*. | ) | Stipulation – Document Filed Electronically |

## Parties' Stipulation for Remand

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, the ALJ will give provide Plaintiff the opportunity for a new hearing, re-evaluate her earnings at step one to determine if she engaged in substantial gainful activity and if not, complete the sequential evaluation process, and issue a new decision.

The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

| | |
|---|---|
| Kilolo Kijakazi, | Niccole Mattice |
| By Her Attorneys | By Her Attorney |
| Carla B. Freedman, | |
| United States Attorney | |

| | |
|---|---|
| */s/ Lisa G. Smoller* | */s/ Howard D. Olinsky*[1] |
| Lisa G. Smoller | Howard D. Olinsky |
| Special Assistant United States Attorney | Olinsky Law Group |
| N.D.N.Y. Bar Roll No. 700999 | 250 S. Clinton Street, Suite 210 |
| Social Security Administration | Syracuse, NY 13202 |
| Office of the General Counsel | (315) 701-5780 |
| J.F.K. Federal Building, Room 625 | holinsky@windisability.com |
| Boston, MA 02203 | |
| (617) 565-4279 | |
| Lisa.g.smoller@ssa.gov | |

IT IS SO ORDERED:

Hon. Glenn T. Suddaby
Chief U.S. District Judge

Dated: 2/3/2022
Syracuse, NY

---

[1] Signed by Lisa Smoller with Howard Olinsky's permission.